<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-6025**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STRAUGHN THOMAS TAYLOR, a/k/a Pappy,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Malcolm J. Howard, District Judge. (CR-96-25)

―――――――――

Submitted:  March 21, 2002          Decided:  March 29, 2002

―――――――――

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Straughn Thomas Taylor, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Straughn Thomas Taylor appeals the district court's order denying his motion for review of his sentence for conspiracy. The district court denied Taylor's motion pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001) in March 2001. Hence, the court properly found that it lacked authority to review Taylor's present motion because it effectively sought habeas relief and Taylor has not received authorization from this Court to file a successive § 2255 motion. See 28 U.S.C.A. § 2244 (West Supp. 2001). Accordingly, we deny a certificate of appealability and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED

2